■ The People of the State of New York, Respondent, v Daniel Baisley, Appellant. [1 NYS3d 94]—

Order, Supreme Court, New York County (Daniel McCullough, J.), entered on or about May 23, 2012, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841

[2014]). The underlying offense was committed against two 13-year-old girls, and defendant has not established that his alleged good behavior in the years following his release from prison warrants a downward departure. In any event, while defendant was not convicted of any sex offenses after his release, he was convicted of a weapon offense. We have considered and rejected defendant's argument that there was an overassessment of points under certain risk factors. Concur—Tom, J.P., Saxe, Feinman, Clark and Kapnick, JJ.